Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

for the

District of

Division

2022 SEP 15 PM 2:55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___

Fedor Simanov
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Exodus Inc
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **CV22-6612-DSF (PLAx)**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Fedor Simanov |
| Street Address | PO Box 16482 |
| City and County | N Hollywood |
| State and Zip Code | CA, 91615 |
| Telephone Number | n/a |
| E-mail Address | thesimanoff@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Exodus Inc |
| Job or Title *(if known)* | Exodus Recovery Incorporated |
| Street Address | 9808 Venice Blvd., Suite 700 |
| City and County | Culver City, California |
| State and Zip Code | USA, 90232 |
| Telephone Number | Same as 1920 Marengo St, Los Angeles, CA 90033 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009, 18 U.S.C. § 249 (willfully cause me bodily injury)
The Khalid Jabara and Heather Heyer National Opposition to Hate, Assault, and Threats to Equality Act of 2021 (Jabara-Heyer NO HATE Act), 34 U.S.C. § 30507
Violent Interference with Federally Protected Rights, 18 U.S.C. § 245
 American with Disabilities Act, Section 504, and Section 1557
(safe and equal access to health care services and facilities).
Title III of the Americans with Disabilities Act (ADA) (prohibition on discrimination on the basis of disability in the activities of public accommodations).
Section 1557 of the Affordable Care Act.
Section 504 of the Rehabilitation Act
28 U.S. Code § 1331 - Federal question - The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
        The plaintiff, *(name)* _____ , is a citizen of the
        State of *(name)* _____ .

   b.   If the plaintiff is a corporation
        The plaintiff, *(name)* _____ , is incorporated
        under the laws of the State of *(name)* _____ ,
        and has its principal place of business in the State of *(name)*
        _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Document info

| | |
|---|---|
| Result type: | ED Note-Provider |
| Result date: | Aug 05, 2022, 11:08 p.m. |
| Result status: | modified |
| Performed by: | |
| Verified by: | |
| Modified by: | |

# ED Sign Out Accept

| Patient: | FEDOR SIMANOV | DOB: | Apr 12, 1994 |
|---|---|---|---|

**ED Sign Out Accept**

Patient: **SIMANOV, FEDOR**   MRN: *******   FIN: *******
Age: **28 years**   Sex: **Male**   DOB: **04/12/1994**
Associated Diagnoses: **None**
Author:

Sign out received from
Please see their note for full history
Prior MDM:

"28 y.o. M with Marfan syndrome with MVP, ASD and interatrial septum aneurysm, HTN, COPD, anemia, depression, bipolar disorder, wheelchair-dependent d/t BTW paralysis, presenting to day after being assaulted. Pt reports being struck multiple times to head, with positive LOC, was knocked out of his wheel chair.
Denies any ETOH, recreational drug use (cocaine, amphetamine, IVDU)
Complaining of headache, located directly behind right eye where he was punched.
Denies any medications as his insurance has changed recently.
Furthermore denies any blood thinners, dizziness, CP, SOB, ABD pain, changes to weakness of right extremities or bilateral lower extremities."

My interview/exam revealed:
28 yo M PMH marfan syndrome, MVP, ASD, HTN, COPD, anemia, depression, wheelchair-dependence d/t BTW paralysis p/w head injury and LOC after being assaulted to head multiple times by fists with associated LOC.